Delta Diagnostic Radiology, P.C. as Assignee of NOEL JUNIOR, Appellant,
against
Kemper Insurance Company, Respondent.



Appeal from an order of the Civil Court of the City of New York, Queens County (Maureen A. Healy, J.), entered April 22, 2013. The order granted defendant's motion for summary judgment dismissing the complaint and denied plaintiff's cross motion for summary judgment.




ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals from an order of the Civil Court which granted defendant's motion for summary judgment dismissing the complaint and denied plaintiff's cross motion for summary judgment.
Contrary to plaintiff's sole argument on appeal with respect to the merits of defendant's motion, the affidavits submitted by defendant were sufficient to establish that plaintiff's assignor had failed to appear for duly scheduled independent medical examinations (IMEs) (see Stephen Fogel Psychological, P.C. v Progressive Cas. Ins. Co., 35 AD3d 720 [2006]). Since an assignor's appearance at an IME "is a condition precedent to the insurer's liability on the policy" (id. at 722) and, in opposition to defendant's motion, plaintiff did not raise a triable issue of fact, the order is affirmed.
Pesce, P.J., Aliotta and Elliot, JJ., concur.
Decision Date: March 23, 2016